# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD LEE WHITE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   3:15-cv-00573-MMD-WGC<br>) |
| ISIDRO BACA et al., | )   **ORDER**<br>) |
| Defendants. | )<br>) |

## I. DISCUSSION

The Inmate Early Mediation Conference for this case is scheduled for December 27, 2016. (ECF No. 12). The stay is set to expire before that date. (*See* ECF No. 10). The Court now extends the stay through Friday, December 30, 2016. Defendants shall file their status report on or before Friday, December 30, 2016.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extended through Friday, December 30, 2016.  Defendants shall file their status report on or before Friday, December 30, 2016.

DATED: December 20, 2016.

_____
United States Magistrate Judge