UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOWARD LEE WHITE, | ) | 3:15-cv-00573-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 16, 2017 |
| | ) | |
| ISIDRO BACA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Clarify Documents and Exhibits on E-Filing (ECF No. 63). On October 2, 2017, Plaintiff states he submitted 129 pages for e-filing which consisted of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Declaration and Exhibits A-1 through A-13 (ECF No. 58). Plaintiff further states that when he received his returned papers from the law library supervisor on October 5, 2017, his exhibits were not in the same accord with those he submitted. (*Id.* at 2.) The court investigated the filing history of this document (ECF No. 58) and confirmed it was filed and uploaded in the form and sequence in which it was submitted to the Court Clerk via the librarian of the Northern Nevada Correctional Center.

Plaintiff's Motion to Clarify Documents and Exhibits on E-Filing (ECF No. 63) is **GRANTED**. The court has inserted Plaintiff's Exhibit A-5 after Exhibit A-4 and reimaged the document. (ECF No. 58.) The Clerk shall **SEND** the parties the corrected version of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and attachments (ECF No. 58).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
         Deputy Clerk